Paul YONGO, Plaintiff–Appellant,

v.

NATIONWIDE INSURANCE COMPANY; Carol Martin; Rhonda Hogge, AIC; Nationwide Claims Department; Nationwide Loss Adjusters; Sharron Stephen–Henley; Arthur Walter; Nationwide Affinity Insurance Company of America; Nationwide Mutual Insurance Company; J. Cater Glass; Harold C. Rhudy, Defendants–Appellees.

No. 07–2113.

United States Court of Appeals, Fourth Circuit.

Submitted: March 7, 2008.

Decided: May 12, 2008.

Paul Yongo, Raleigh, North Carolina, Appellant Pro Se. George Lee Simpson, III, Raleigh, North Carolina; Benjamin E. Thompson, III, Broughton, Wilkins, Smith, Sugg & Thompson, PLLC, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Yongo seeks to appeal the district court's order denying his motion to quash the clerk's order granting the Defendants' motion for an enlargement of time to respond to Yongo's interrogatories. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Yongo seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*